

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-12-00739-CR

Jose Guadalupe **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2010-1132-DR
The Honorable Camile G. Dubose, Judge Presiding

## **O R D E R**

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

The trial court has signed written findings of fact and conclusions of law, which have been filed in a supplemental clerk's record. We **reinstate** the appeal on the docket of this court. We **order** appellant may file a supplemental brief addressing his third issue (whether the trial court erred in denying his motion to suppress evidence of his oral and written statements) in light of the trial court's findings and conclusions. The supplemental brief must be filed by **April 29, 2014** and may not exceed 5,000 words. The State may file a responsive brief, not to exceed 5,000 words, within twenty days after appellant's supplemental brief is filed.

_Luz Elena D Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court